IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | § § § § § § § § § § | No. 3:13-cv-4203-EDL<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S NOTICE OF DISASSOCIATION OF TEXAS COUNSEL AND REQUEST FOR ORDER REMOVING TEXAS COUNSEL FROM CM/ECF DISTRIBUTION |
| Plaintiff, | | |
| vs. | | |
| FOURSQUARE INC., | | |
| Defendant. | | |

Evolutionary Intelligence, LLC's Notice of Disassociation and Request for Order Removing Texas Counsel from CM/ECF Distribution (the "Request for Order Removing Texas Counsel from CM/ECF Distribution") came before this Court. Having considered the Request for Order Removing Texas Counsel from CM/ECF Distribution, and finding good cause therefore, it is hereby ordered that the below-listed attorneys shall be and hereby are terminated as counsel of record for Evolutionary:

> Charles Ainsworth
> State Bar No. 00783521
> Robert Christopher Bunt
> State Bar No. 00787165
> PARKER, BUNT & AINSWORTH, P.C.
> 100 E. Ferguson, Suite 1114
> Tyler, TX 75702
> 903/531-3535
> 903/533-9687
> E-mail: charley@pbatyler.com
> E-mail: rcbunt@pbatyler.com

It is further ordered that each of the above-listed attorneys shall be removed from the CM/ECF distribution for this matter.

Dated: Oct 7, 2013

Elizabeth D. Laporte
United States Magistrate Judge