# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FOURSQUARE INC.,<br><br>Defendant. | No. 3:13-cv-4203-EDL<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S NOTICE OF DISASSOCIATION OF TEXAS COUNSEL AND REQUEST FOR ORDER REMOVING TEXAS COUNSEL FROM CM/ECF DISTRIBUTION |

Evolutionary Intelligence, LLC's Notice of Disassociation and Request for Order Removing Texas Counsel from CM/ECF Distribution (the "Request for Order Removing Texas Counsel from CM/ECF Distribution") came before this Court. Having considered the Request for Order Removing Texas Counsel from CM/ECF Distribution, and finding good cause therefore, it is hereby ordered that the below-listed attorneys shall be and hereby are terminated as counsel of record for Evolutionary:

>Charles Ainsworth
>State Bar No. 00783521
>Robert Christopher Bunt
>State Bar No. 00787165
>PARKER, BUNT & AINSWORTH, P.C.
>100 E. Ferguson, Suite 1114
>Tyler, TX 75702
>903/531-3535
>903/533-9687
>E-mail: charley@pbatyler.com
>E-mail: rcbunt@pbatyler.com

It is further ordered that each of the above-listed attorneys shall be removed from the CM/ECF distribution for this matter.

Dated: Oct 7, 2013

Elizabeth D. Laporte
United States Magistrate Judge