Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVOLUTIONARY INTELLIGENCE, LLC,  )
                                 )  Case No: 3:13-CV-4203-E
             Plaintiff(s),       )
                                 )  **APPLICATION FOR**
     v.                          )  **ADMISSION OF ATTORNEY**
                                 )  **PRO HAC VICE**
FOURSQUARE LABS, INC.,           )  (CIVIL LOCAL RULE 11-3)
                                 )
             Defendant(s).       )

I, William J. Seymour, an active member in good standing of the bar of the State of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Foursquare Labs, Inc. in the above-entitled action. My local co-counsel in this case is Karen I. Boyd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Main Street, 11th Floor<br>Cambridge, MA 02142 | 2570 W. El Camino Real, Suite 380<br>Mountain View, CA 94040 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 395-7000 | (650) 521-5930 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wseymour@lalaw.com | boyd@turnerboyd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 687181.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/23/13                         William J. Seymour
                                              APPLICANT

====================================================================

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of William J. Seymour is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   October 24, 2013



UNITED STATES DISTRICT/MAGISTRATE JUDGE