IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE,<br><br>    Plaintiff,<br><br>v.<br><br>FOURSQUARE LABS,<br><br>    Defendant.<br>_____/ | No. C-13-4203 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF PLEADINGS AND SUPPORTING DOCUMENTS** |

On October 23, 2013, the above-titled action was reassigned to the undersigned. To facilitate the Court's review of the matter, plaintiff is hereby DIRECTED to submit chambers copies of its Complaint for Patent Infringement, filed October 17, 2012, its First Amended Complaint for Patent Infringement, filed December 13, 2012, and supporting documentation filed therewith. Defendant is hereby DIRECTED to submit a chambers copy of its Answer and Counterclaims to Plaintiff's Amended Complaint, filed December 14, 2012.

**IT IS SO ORDERED.**

Dated: October 30, 2013

MAXINE M. CHESNEY
United States District Judge