IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | No. C 13-4203 MMC |
| Plaintiff, | **ORDER VACATING CLAIM CONSTRUCTION HEARING** |
| v. | |
| FOURSQUARE LABS, INC., | |
| Defendant. / | |

In light of the minute order filed July 11, 2014 in Civil Case No. 13-4513 (RMW), the date for the claim construction hearing presently scheduled before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 23, 2014

MAXINE M. CHESNEY
United States District Judge